UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| In Re. | No. C 13-4765 LB |
| THOMAS ALAN STRAWN, | **ORDER EXTENDING DEADLINE** |
| Plaintiff. | [Re: ECF No. 1, 5] |
| _____/ | |

This action was opened on October 15, 2013, when the court received from Thomas Alan Strawn a letter complaining about, among other things, the conditions of confinement at the California Medical Facility in Vacaville. On that date, the court notified Strawn in writing that his action was deficient in that he had not filed a complaint and had not filed an *in forma pauperis* application, and that this action would be dismissed if he did not submit a complaint and *in forma pauperis* application within 28 days.

The court has received a letter from Dominic Ripoli, a self-described "legal advocate" who works under the supervision of a lawyer, asking for an extension of time on behalf of Strawn. ECF No. 5. If Strawn is represented by counsel, the attorney needs to file an appearance in this action and the attorney needs to sign any documents filed on behalf of his or her client. Non-attorneys are not allowed to file documents on behalf of litigants. If Strawn is not represented by counsel, he must file and sign all of his filings, and cannot have lay helpers sign documents on his behalf.

The court now extends the deadline to **December 23, 2013** for Strawn to file a complaint and to

C 13-4765 LB
ORDER

file an *in forma pauperis* application. Failure to file one or both of those documents by the deadline will result in the dismissal of this action. Strawn also must either consent or decline to consent to proceed before a magistrate judge no later than **December 23, 2013.**

**IT IS SO ORDERED.**

Dated: November 22, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 13-4765 LB
ORDER     2