1

2

3

4

5

6

7

8

UNITED STATES  DISTRICT COURT

9

Northern District of California

10

San Francisco Division

11

In Re.                                                    No. C 13-4765 LB

12

THOMAS ALAN STRAWN,                    **ORDER EXTENDING DEADLINE**

13

Plaintiff.                             [Re: ECF No. 1, 5]

14

_____/

15

16

This action was opened on October 15, 2013, when the court received from Thomas Alan Strawn

17

a letter complaining about, among other things, the conditions of confinement at the California

18

Medical Facility in Vacaville.  On that date, the court notified Strawn in writing that his action was

19

deficient in that he had not filed a complaint and had not filed an *in forma pauperis* application, and

20

that this action would be dismissed if he did not submit a complaint and *in forma pauperis*

21

application within 28 days.

22

The court has received a letter from Dominic Ripoli, a self-described "legal advocate" who

23

works under the supervision of a lawyer, asking for an extension of time on behalf of Strawn.  ECF

24

No. 5.  If Strawn is represented by counsel, the attorney needs to file an appearance in this action

25

and the attorney needs to sign any documents filed on behalf of his or her client.  Non-attorneys are

26

not allowed to file documents on behalf of litigants.   If Strawn is not represented by counsel, he

27

must file and sign all of his filings, and cannot have lay helpers sign documents on his behalf.

28

The court now extends the deadline to **December 23, 2013** for Strawn to file a complaint and to

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 13-4765 LB
ORDER

1  file an *in forma pauperis* application.   Failure to file one or both of those documents by the deadline

2  will result in the dismissal of this action.   Strawn also must either consent or decline to consent to

3  proceed before a magistrate judge no later than **December 23, 2013.**

4        **IT IS SO ORDERED.**

5  Dated: November 22, 2013

6                                                      LAUREL BEELER
                                                       United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 13-4765 LB
ORDER

2