IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS ALAN STRAWN, | ) | No. C 13-4765 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE |
| v. | ) ) | COMPLAINT AND APPLICATION FOR LEAVE TO PROCEED *IN* |
| UNKNOWN, | ) ) | *FORMA PAUPERIS* |
| Defendant. | ) ) ) | (Docket No. 7) |

On October 15, 2013, plaintiff filed a letter which initiated these proceedings pursuant to 42 U.S.C. § 1983.[1] On the same day, the clerk notified plaintiff that he had not filed a proper complaint nor had he paid the filing fee or filed an application to proceed *in forma pauperis* ("IFP"). Plaintiff requested and was granted an extension of time to file the necessary documents. (Docket No. 6.) Plaintiff has filed a motion requesting a second extension of time to file the necessary documents. (Docket No. 7.)

In the interest of justice, plaintiff's motion is **GRANTED**. Plaintiff shall file a proper complaint and an IFP application or pay the filing fee **within thirty (30) days** of the filing date of this order. **Failure to file a proper complaint and an IFP application or pay the filing fee within thirty days may result in dismissal of this action for failure to prosecute.**

---

[1] Plaintiff's case was reassigned to this court after he failed to file a response consenting to proceed before a magistrate judge. (Docket No. 9.)

Order Granting Mot. for Ext. of Time to File Compl. and IFP Application
G:\PRO-SE\LHK\CR.13\Strawn765eot-comp-ifp.wpd

1  This order terminates docket number 7.
2  IT IS SO ORDERED.
3  DATED: 1/27/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Mot. for Ext. of Time to File Compl. and IFP Application
G:\PRO-SE\LHK\CR.13\Strawn765eot-comp-ifp.wpd    2