UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS ALAN STRAWN,

    Plaintiff,

    v.

UNKNOWN,

    Defendant.

Case No. 13-cv-04765-VC

**ORDER OF DISMISSAL**

On March 24, 2014, this Court ordered Plaintiff to show cause why this case should not be dismissed due to failure to exhaust administrative remedies. (Docket No. 12). On April 7, 2014, Plaintiff filed a letter stating that he is currently pursuing his administrative remedies. (Docket No. 13). The Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), "requires that a prisoner exhaust administrative remedies before submitting any papers to the federal courts." *Vaden v. Summerhill*, 449 F.3d 1047, 1048 (9th Cir. 2006). Because Plaintiff has not met that requirement, this action must be, and hereby is, DISMISSED without prejudice to Plaintiff re-filing once he has exhausted his administrative remedies. *See id.*

The Clerk of the Court is directed to terminate all pending motions and close this case.

**IT IS SO ORDERED.**

Dated: April 21, 2014

_____
VINCE CHHABRIA
United States District Judge